JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Arlie Tucker ;
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
Cabela's LLC ;
**County of Residence:** Greene County

Additional Defendants(s):
Cabela's Retail MO, LLC ;

**County Where Claim For Relief Arose:** Greene County

**Plaintiff's Attorney(s):**
Tiffany Marko Yiatras (Arlie Tucker)
Consumer Protection Legal, LLC
308 Hutchinson Road
Ellisville, Missouri 630112029
**Phone:** 3145410317
**Fax:**
**Email:** tiffany@consumerprotectionlegal.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 890 Other Statutory Actions

**Cause of Action:** 18 U.S.C. § 2511(1); 18 U.S.C. § 2511(3); 18 U.S.C. § 2701; 18 U.S.C. § 2702; 18 U.S.C. § 2710; 18 U.S.C, § 1030

**Requested in Complaint**
    **Class Action:** Class Action Under FRCP23
    **Monetary Demand (in Thousands):** 5,000,001.00
    **Jury Demand:** Yes

Case 6:22-cv-03288-SRB   Document 1-1   Filed 11/09/22   Page 1 of 2

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Tiffany Marko Yiatras

**Date:** 11/9/2022

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.